Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Brian D. Ketcherside |
| Debtor 2 (Spouse, if filing) | Cindy M. Ketcherside |
| United States Bankruptcy Court for the: | Eastern District of Missouri (State) |
| Case number | 15-48815 |

# Form 4100R
## Response to Notice of Final Cure Payment                                           10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

**Last 4 digits** of any number you use to identify the debtor's account: 0 7 9 6

**Court claim no.** (if known): 18-1

**Property address:** 2125 Palatine Ct.
Number    Street

Fenton    MO    63026
City    State    ZIP Code

### Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3:  Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  01 / 01 / 2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

---

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| Debtor 1 | Brian D. Ketcherside | Case number (if known) 15-48815 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

# Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

# Part 5: Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

❑ I am the creditor.
■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ D. Anthony Sottile
Signature

Date 1 / 13 / 2021

Print    D. Anthony Sottile
First Name   Middle Name   Last Name

Title    Authorized Agent for Creditor

Company    Sottile and Barile, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address    394 Wards Corner Road, Suite 180
Number    Street

Loveland             OH        45140
City                State     ZIP Code

Contact phone  ( 513 ) 444 – 4100

Email    bankruptcy@sottileandbarile.com

Form 4100R             Response to Notice of Final Cure Payment             page 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

| | |
|---|---|
| In Re: | Case No. 15-48815 |
| Brian D. Ketcherside<br>Cindy M. Ketcherside<br>  *fka* Cindy M. McCready<br>  *dba* The Salon, LLC | Chapter 13 |
| Debtors. | Judge Kathy A. Surratt-States |

## CERTIFICATE OF SERVICE

I certify that on January 13, 2021, a copy of the foregoing Response to Notice of Final Cure Payment was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

   Lisa A. Mayer, Debtors' Counsel
   lisamayerlaw@yhti.net

   Diana S. Daugherty, Chapter 13 Trustee
   standing_trustee@ch13stl.com

   Office of the United States Trustee
   ustpregion13.sl.ecf@usdoj.gov

I further certify that on January 13, 2021, a copy of the foregoing Response to Notice of Final Cure Payment was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

   Brian D. Ketcherside, Debtor
   688 Green Hedge Dr.
   Fenton, MO 63026

Cindy M. Ketcherside, Debtor
688 Green Hedge Dr.
Fenton, MO 63026

Dated: January 13, 2021

/s/ D. Anthony Sottile
D. Anthony Sottile
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com